IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| BANK OF AMERICA, N.A., | * |
|     Plaintiff, | * |
| v. | *    Case No.: PWG-15-2953 |
| JERICHO BAPTIST CHURCH MINISTRIES, INC. (JERICHO DC), *et al.*, | * |
|     Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY AND SHOW CAUSE ORDER

On February 22, 2016, I issued an Order, ECF No. 50, granting Plaintiff Bank of America's Motion to Deposit Funds into the Court's Registry, ECF No. 46, in the amount of $7,755,199.19. The Court has received a check from Bank of America in the amount of $7,757,587.22, rather than $7,755,199.19.

Accordingly, it is this 10th day of March, 2016, hereby ORDERED that the clerk SHALL DEPOSIT the $7,757,587.22 into the Court's Registry unless the parties SHOW CAUSE on or before March 17, 2016 that the amount is not the correct amount.

Paul W. Grimm
United States District Judge