# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## Southern Division

BANK OF AMERICA, N.A., )
                               )
         Plaintiff               )
v.                                       )
                               )   Case No.: 8:15-cv-02953 - PX
JERICHO BAPTIST CHURCH          )
MINISTRIES, INC. (JERICHO DC), et al.,  )
                               )
         Defendants.      )

## **PLAINTIFF'S PETITION TO ESTABLISH ATTORNEYS' FEES AND EXPENSES**

Plaintiff/Counterdefendant, Bank of America, N.A., by counsel, and pursuant to the Court's Order of September 9, 2016 (ECF No. 85) directing the Clerk to hold in reserve funds to cover customary fees and expenses incurred by Plaintiff to prosecute its Complaint for Interpleader, files this Petition to establish the amount of attorneys' fees and expenses which Plaintiff is entitled to recoup from the *res* of approximately $7,757,761.22. A Memorandum is submitted in support of this Petition and incorporated herein by reference.

**WHEREFORE**, Bank of America, N.A. respectfully seeks:

1. To recoup from the *res* deposited in the Court's Registry $63,216.25 in attorneys' fees and $1,046.94 in expenses incurred in connection with preparing and prosecuting this interpleader action, plus additional amounts relating to the Counterclaim to be established by separate motion and affidavit;

2. The establishment in the Court's Registry of a reserve from the *res* in the amount of $250,000, prior to any disbursement to Jericho DC, to fund a potential award of attorneys' fees and expenses incurred by Plaintiff relating to the Counterclaim; and

3. Such other relief as the Court deems just and proper.

Respectfully submitted,

Date: September 15, 2016

/s/ E. John Steren
E. John Steren (Bar No. 11379)
Jeffrey S. Greenberg (Bar No. 29088)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
Phone: (202) 326-5017
Fax: (202) 408-0640
ejsteren@ober.com
jsgreenberg@ober.com

*Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

This is to CERTIFY that on September 15, 2016, a copy of the foregoing Petition, with supporting Memorandum and proposed form of order, was served via the CM/ECF system upon the following:

Ronald M. Cherry, Esquire
Nadia A. Patel, Esquire
Bonner Kiernan Trebach and Crociata LLP
36 S. Charles Street, Ste. 2310
Baltimore, MD 21201

Bobby G. Henry Jr., Esquire
Henry and Associates LLC
9701 Apollo Drive, Ste. 201
Largo, MD 20774

Timothy F. Maloney, Esquire
Joseph Greenwald and Laake PA
6404 Ivy Lane, Ste. 400
Greenbelt, MD 20770

Joseph M. Creed, Esquire
Joseph Greenwald and Laake PA
6404 Ivy Lane, Ste. 400
Greenbelt, MD 20770

Donald M. Temple, Esquire
1101 15th Street NW, Suite 203
Washington, D.C. 20005

Dennis Whitley, III, Esquire
Shipley and Horne PA
1101 Mercantile Lane, Ste. 240
Largo, MD 20774

/s/ E. John Steren
E. John Steren