UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | : | |
| Plaintiff | : | |
| v. | : | Case No.: 8:15-CV-02953-PWG |
| JERICHO BAPTIST CHURCH MINISTRIES, INC. (JERICHO DC) et al., | : | |
| | : | |
| Defendants | : | |

## WITHDRAWAL OF COUNSEL FOR DEFENDANT

**Will the Clerk of the Court:** kindly withdraw the appearance of Nadia A. Patel, Esq. as counsel for DEFENDANT JERICHO BAPTIST CHURCH MINISTRIES, INC. (JERICHO DC).

Respectfully submitted,

*/s/ Nadia A. Patel*
Nadia A. Patel, Esquire (18610)
Bonner, Kiernan, Trebach&Crociata, LLP
1233 20th Street, N.W., Eighth Floor
Washington, D.C. 20036
(202) 712-7000
Fax: (202) 712-7100
npatel@bonnerkiernan.com

*Counsel for Jericho Church Ministries, Inc. (Jericho DC)*

## CERTIFICATE OF SERVICE

I certify that on this 11th day of October, 2016, I served a copy of the foregoing on all counsel of record via the Court's electronic filing system.

*/s/ Nadia A. Patel*
Nadia A. Patel
